435 A.2d 656

Commonwealth v. Reffner, Appellant.

Argued November 10, 1980. Norman D. Callan, for appellant; Charles P. Wasovich, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.